IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KARON BETH KILGORE DEVINE,         *

    Plaintiff,            *

v.                                 Case No.   7:21-cv-8(HL)
                                   *

COMMISSIONER OF SOCIAL SECURITY,
                                   *

    Defendant.
                                   *

## **J U D G M E N T**

Pursuant to this Court's Order dated September 16, 2022, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 16th day of September, 2022.

.

                                                    David W. Bunt, Clerk

                                                  s/ Robin L. Walsh, Deputy Clerk